UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVET UNIVERSITY,

    Plaintiff,

v.                               CASE NO. 8:26-cv-00003-SDM-AEP

ALEX ROUHANDEH,

    Defendant.
_____/

**ORDER**

The clerk is **DIRECTED** to assign this action and Case No. 8:25-cv-01678 to Magistrate Judge Lindsay S. Griffin, who presides in the earlier-filed Case No. 8:24-cv-00771.

ORDERED in Tampa, Florida, on February 11, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE