UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVET UNIVERSITY,

    Plaintiff,

v.                                                       CASE NO. 8:26-cv-00003-SDM-LSG

ALEX ROUHANDEH,

    Defendant.
_____/

## **ORDER**

    The parties must attend a case status conference before Magistrate Judge Lindsay S. Griffin at a date and time and in a manner determined by Judge Griffin. Lead counsel for each party must confer promptly and contact Judge Griffin no later than **MARCH 4, 2026**, to set the day and time of the status conference.

    ORDERED in Tampa, Florida, on February 24, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE